# 18th Judicial District Court
## Limited Department
### Motion Minutes Sheet

Atlantic Credit And Finance Inc vs. Leon Lee

Date:  5/17/13        Time:  9:00 am        Div:              Case:  2013-LM-004823-CS

Hearing Type:          Motion Docket (Civil)
Date Motion Entered:   05/07/2013
Reason/Comment:        Deft Pro Se (Leon Lee)/Motion to Dismiss

**Plaintiff Attorney(s)**                    **Defendant Attorney(s)**
1  Berman Adam                               1  pro se
   K. Holmes

_Denied but court will treat motion as a motion for a more definite statement. Plaintiff is ordered to file an amended petition which clearly establishes the written documents upon which the claim is founded including the original contract and all assignments to allow π to plead the claim. This petition will be filed within 10 days._

_Further, the Req for Admissions that have been received are held as __ORDER__ void and π is ordered to refrain from re-issuing them until the __ ____ __ answer future has run on the __ Am Petition_

Date:
It is ordered:

☐ That _____ prepare a journal entry/order reflecting the court's action

☐ That this document shall serve as the court's order without further journal entry/order

D. Cleveland                                 [signature]
Record Taken By                              Judge, Division

[signature] Berman

Approved: Attorney - Plaintiff

_____              #1169979
Approved: Attorney - Defendant

May. 17. 2013 10:12AM                                                   No. 7355   P. 3/4

# 18th Judicial District Court
## Limited Department
## Motion Minutes Sheet

Atlantic Credit And Finance Inc vs. Leon Lee

Date: 5/17/13     Time: 9:00 am     Div: Jimmy     Case: 2013-LM-004823-CS

Hearing Type:           Motion Docket (Civil)
Date Motion Entered:    05/09/2013
Reason/Comment:         P Atty (Adam Berman)/Motion for Leave to File First
                        Amended Petition

**Plaintiff Attorney(s)**                      **Defendant Attorney(s)**
1  Berman Adam                                 1  pro se
   Kent Holmes

_Granted pursuant to condition set out in a rule on ∆'s motion to dismiss_

### ORDER

Date:

It is ordered:

☐ That _____ prepare a journal entry/order reflecting the court's action

☐ That this document shall serve as the court's order without further journal entry/order

D. Cleveland                                   _____
Record Taken By                                Judge, Division

Approved: Attorney - Plaintiff

Approved: Attorney - Defendant