IN THE UNITED STATE DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| LEON E. LEE, )<br>    Plaintiff, )<br> ) Case No. 13-CV-1143-EFM-KMH<br>vs. )<br> )<br>ATLANTIC CREDIT & FINANCE, INC., )<br>et al., )<br>    Defendants. ) | |

**DEFENDANT ATLANTIC CREDIT & FINANCE, INC.'S**
**FEDERAL RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT**
**AND NOTIFICATION AS TO AFFILIATES**

NOW COMES the Defendant, Atlantic Credit & Finance, Inc., through undersigned counsel, and pursuant to Rule 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states as follows:

1. Fed. R. Civ. P. 7.1(a) provides: "A non-governmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

2. Atlantic Credit & Finance, Inc. is wholly privately owned.

Respectfully submitted,

BERMAN & RABIN, P.A.

/s/ Rachel B. Ommerman
Rachel B. Ommerman, #21868
15280 Metcalf
Overland Park, KS 66223
Main phone: 913-649-1555

1

                                      Fax: 913-652-9474
                                      ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of June, 2013, I electronically filed the foregoing **ATLANTIC CREDIT & FINANCE, INC.'S FEDERAL RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system.

I hereby certify on this 28th day of June, 2013, that a copy of this Motion has been sent by regular mail, postage pre-paid, to:

Leon E. Lee
1314 Dunsworth
Wichita, KS 67212

                                                      /s/ Rachel Ommerman
                                                      _____
                                                      Rachel Ommerman