IN THE UNITED STATE DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| LEON E. LEE, ) | |
|    Plaintiff, ) | |
| ) | Case No. 13-CV-1143-EFM-KMH |
| vs. ) | |
| ) | |
| ATLANTIC CREDIT & FINANCE, INC., ) | |
| et al., ) | |
|    Defendants. ) | |

**DEFENDANT BERMAN & RABIN, P.A.'S**
**FEDERAL RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT**
**AND NOTIFICATION AS TO AFFILIATES**

NOW COMES the Defendant, Berman & Rabin, P.A., through undersigned counsel, and pursuant to Rule 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states as follows:

1.  Fed. R. Civ. P. 7.1(a) provides: "A non-governmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

2.  Berman & Rabin, P.A. is a Kansas Professional Association. Berman & Rabin, P.A. is wholly privately owned.

Respectfully submitted,

BERMAN & RABIN, P.A.

/s/ Rachel B. Ommerman_____
Rachel B. Ommerman, #21868
15280 Metcalf
Overland Park, KS 66223
Main phone: 913-649-1555

1

2

                                         Fax: 913-652-9474
                                         ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 28th day of June, 2013, I electronically filed the foregoing **BERMAN & RABIN, P.A.'S FEDERAL RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system.

      I hereby certify on this 28th day of June, 2013, that a copy of this Motion has been sent by regular mail, postage pre-paid, to:

Leon E. Lee
1314 Dunsworth
Wichita, KS 67212

                                                   /s/ Rachel Ommerman

                                                   _____

                                                 Rachel Ommerman